**Order entered December 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00894-CV

### ERNEST K. BANKAS, Appellant

### V.

### MAUREEN BANKAS, Appellee

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-23136**

## ORDER

We **GRANT** appellant's November 23, 2015 motion for an extension of time to file an amended brief. We **ORDER** the amended brief tendered to this Court by appellant on November 30, 2015 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
           JUSTICE